IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-103-WKW |
| ) | |
| WILLIE JAMES CALHOUN ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE CHARLES S. COODY, UNITED STATES MAGISTRATE JUDGE:

    Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Willie James Calhoun now in custody of South Louisiana Correctional Facility, Basile, Louisiana, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on June 27, 2007, at 10:30 a.m.

    WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to South Louisiana Correctional Facility, Basile, Louisiana, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on June 27, 2007, at 10:30 a.m.

    Respectfully submitted this the 15th of May, 2007.

                                 LEURA G. CANARY
                                 UNITED STATES ATTORNEY

                                 /s/ Matthew W. Shepherd
                                 MATTHEW W. SHEPHERD
                                 Assistant United States Attorney
                                 Post Office Box 197
                                 Montgomery, Alabama 36101-0197
                                 334.223.7280
                                 334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-103-WKW |
| | ) | |
| WILLIE JAMES CALHOUN | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed May 15, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to South Louisiana Correctional Facility, Basile, Louisiana, commanding it to deliver Willie James Calhoun to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on June 27, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of May, 2007

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE