IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 2:07-cr-103-WKW |
| ) | |
| WILLIE JAMES CALHOUN ) | |

**FINAL ORDER OF FORFEITURE**

This case is before the court on the United States of America's Motion for a Final Order of Forfeiture (Doc. # 26). It is ORDERED that the motion is GRANTED for the following reasons:

On August 3, 2007, this Court entered a Preliminary Order of Forfeiture, forfeiting the following property to the United States:

> a Ruger, Model Blackhawk, .357 Magnum Revolver, bearing serial number 32-91028;

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

The court finds that defendant Willie James Calhoun had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

It is therefore ORDERED, ADJUDGED, AND DECREED:

1. The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c):

> a Ruger, Model Blackhawk, .357 Magnum Revolver, bearing serial number 32-91028;

2. All right, title, and interest to the firearm described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

DONE this 30th day of January, 2008.

       /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE